FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 1 0 2007

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UCB SOCIETE ANONYME and UCB PHARMA, INC., )<br>)<br>Plaintiffs and Counter-Defendants, )<br>)<br>v. )<br>)<br>DR. REDDY'S LABORATORIES, LTD. and )<br>DR. REDDY'S LABORATORIES, INC., )<br>)<br>Defendants and Counter-Plaintiffs. ) | Civil Action<br>No. 1:04-CV-0792 (WSD) |

## JUDGMENT

The parties having consented hereto, the Court enters JUDGMENT as follows:

1. U.S. Patent Number 4,943,639 ("the '639 Patent") is and remains valid and enforceable.

2. Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. ("DRL") have infringed the '639 Patent by filing Abbreviated New Drug Application No. 76-920 ("Defendants' ANDA").

3. The manufacture, use, sale, importation or offer for sale in the United States of Defendants' ANDA products would infringe the '639 Patent.

4. Plaintiffs are entitled to permanent injunctive relief. Except as provided for by 35 U.S.C. § 271(e)(1), DRL, their officers, directors, employees, attorneys and agents, and those acting in privity or concert with DRL, are hereby permanently enjoined from engaging in the commercial manufacture, use, offer to sell or sale within the United States, or importation

into the United States of drug products as claimed in the '639 Patent, until the expiration of the '639 Patent and of any period of pediatric exclusivity that may be granted.

SO ORDERED:

_____
United States District Judge

Dated: _October 9, 2007_